UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN DICKMAN, individually, and on behalf of all others similarly situated,

Plaintiff,

v. Case No: 2:16-cv-218-FtM-99MRM

21ST CENTURY ONCOLOGY HOLDINGS, INC. and 21ST CENTURY ONCOLOGY, INC.,

Defendants.

---

**ORDER**

This matter comes before the Court on review of the file. On May 2, 2019, in the consolidated action in the Tampa Division, Case No. 8:16-md-2737-MSS-AEP, MDL No. 2737, certain plaintiffs were deemed terminated as plaintiffs, including John Dickman. (MDL No. 2737, Doc. #213.) Therefore the Fort Myers Division member case will be closed.

Accordingly, it is hereby

**ORDERED:**

The Clerk shall enter judgment dismissing the case without prejudice as of May 2, 2019, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this 16th day of August, 2019.

John E. Steele

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record